In the Matter of the Application of ANTHONY ELDER, Respondent, for a Writ of Mandamus against THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Appellant.

*Matter of Elder* v. *Bingham*, 118 App. Div. 25, affirmed.
, (Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 1, 1907, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to restore the relator to duty as a patrolman in the police department of the city of New York.

*William B. Ellison, Corporation Counsel (James D. Bell* and *Edward Lazansky* of counsel), for appellant.

*Jacob Rouss* and *Louis J. Grant* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.